ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RODRIGUEZ AGUILAR, A088-519-896,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>Respondents. | No. 1:26-CV-04499-DJC-CKD<br><br>**ORDER FOR EXTENSION OF TIME** |

For good cause being shown, the Court hereby grants Respondent's motion for a seven-day extension of time, through and including Tuesday, August 11, 2026, to respond to the Amended Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated: August 5, 2026

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE